# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RODDY, | Case No. CV 11-0394-DDP (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LINDA SANDERS, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: March 1, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE